IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**JANET L. FERNANDEZ,**
      **Plaintiff,**

vs.                                                                CIV NO. 1:21-00067-KWR-KRS

**KILOLO KIJAKAZI,**
**Acting Commissioner of Social Security,**
      **Defendant.**

## ORDER FOR EXTENSION

Upon consideration of Defendant's Unopposed Motion for an Extension of Time (Doc. 18) to file a response to Plaintiff's Motion to Reverse and Remand to Agency (Doc. 17), the Court having reviewed the motion and being otherwise fully advised, FINDS that the motion is well taken and is GRANTED.

IT IS THEREFORE ORDERED that Defendant shall have until November 29, 2021, to file a response, and Plaintiff shall have until December 13, 2021, to file a reply.

_____
KEVIN R. SWEAZEA
United States Magistrate Judge

SUBMITTED AND APPROVED BY:

*Electronically submitted 10/25/2021*
M. THAYNE WARNER
Special Assistant United States Attorney

*Electronically approved 10/25/2021*
JUSTIN S. RAINES
Attorney for Plaintiff